FILED
Dec 04 2025
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY      s/ DDE      DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

September 2025 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>VICTOR HUGO<br>　　VILLALOBOS ALMAZAN (1),<br>NAYELI NOEMI<br>　　MONTOYA RODRIGUEZ (2),<br><br>　　　　Defendants. | Case No. '25 CR4686 DMS<br><br>I N D I C T M E N T<br><br>Title 18, U.S.C., Sec. 1349 - Conspiracy to Commit Wire Fraud; Title 18, U.S.C., Sec. 1343 - Wire Fraud; Title 18, U.S.C., Sec. 1028A(a)(1) - Aggravated Identity Theft; Title 18, U.S.C., Sec. 1956(h) - Conspiracy to Launder Money; Title 18, U.S.C., Sec. 1957 - Money Laundering; Title 18, U.S.C., Secs. 981(a)(1), 982(a)(1) and 982(b), and Title 28, U.S.C., Sec. 2461(c) - Criminal Forfeiture |

　　The grand jury charges:

Count 1:

**WIRE FRAUD CONSPIRACY**

　　1.　Beginning on a date unknown to the grand jury and continuing until at least on or about April 28, 2023, within the Southern District of California, and elsewhere, defendants VICTOR HUGO VILLALOBOS ALMAZAN and NAYELI NOEMI MONTOYA RODRIGUEZ, together and with other persons, knowingly and intentionally conspired to violate Title 18, United States Code, Section 1343, that is to knowingly and intentionally devise a

ECB:DJK:nlv:San Diego:12/3/25

material scheme to defraud, and to obtain money and property by means of materially false and fraudulent pretenses, representations, promises, and omissions and concealment of material facts, and for the purpose of executing this fraudulent scheme, to knowingly use, and cause to be used, interstate wires in furtherance of the scheme.

## Object of the Conspiracy

2. It was the object of the conspiracy that defendants VICTOR HUGO VILLALOBOS ALMAZAN, NAYELI NOEMI MONTOYA RODRIGUEZ, and other coconspirators would hold themselves out as the owners of real property owned by others to sell that real property to unsuspecting third parties and to collect the proceeds of the sale.

## The Scheme and its Manner and Means

3. It was part of the scheme that defendants VICTOR HUGO VILLALOBOS ALMAZAN, NAYELI NOEMI MONTOYA RODRIGUEZ, and other coconspirators pretended to be the owners of lots of real property located within the Southern District of California and elsewhere, sold those lots of real property to unsuspecting third-party purchasers under false pretenses, caused the recording of fraudulent grant deeds, and opened bank accounts in the United States to receive the illicit sale proceeds.

4. It was a further part of the scheme that defendants VICTOR HUGO VILLALOBOS ALMAZAN and NAYELI NOEMI MONTOYA RODRIGUEZ opened bank accounts in their own names and in the names of businesses or trusts that owned vacant or undeveloped pieces of real property, for the purpose of receiving and transferring the proceeds from the fraudulent sales of real property.

//
//

5. It was a further part of the scheme that defendants VICTOR HUGO VILLALOBOS ALMAZAN, NAYELI NOEMI MONTOYA RODRIGUEZ, and other coconspirators induced innocent third-party buyers to purchase real property by materially false, fraudulent, and misleading representations, namely that they were the true owners of the real property, when in fact and in truth, they were not.

6. It was a further part of the scheme that defendants VICTOR HUGO VILLALOBOS ALMAZAN, NAYELI NOEMI MONTOYA RODRIGUEZ, and other coconspirators knowingly used forged signatures of (i) the true owners of real property and (ii) notary publics on grant deeds that they caused to be recorded with county recorders.

All in violation of Title 18, United States Code, Section 1349.

## Counts 2-3:

## Wire Fraud

7. Paragraphs 1 through 6 are realleged and fully incorporated by reference.

8. Beginning on a date unknown to the grand jury and continuing through the end of April 2023, within the Southern District of California and elsewhere, defendants VICTOR HUGO VILLALOBOS ALMAZAN and NAYELI NOEMI MONTOYA RODRIGUEZ did knowingly devise and intend to devise a material scheme to defraud and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, and for the purpose of executing a scheme for obtaining money by means of materially false and fraudulent pretenses, representations, and promises, did knowingly transmit and cause to be transmitted by means of a wire communication into interstate commerce certain writings, signs, and pictures as more particularly described in the following table:

3

| Count (Defendant) | Date | Interstate Wire |
|---|---|---|
| 2 (MONTOYA) | April 12, 2023 | A $370,748.41 interstate wire into a bank account in the name of "Nayeli Noemi Montoya Rodriguez DBA The Mary Queen Cam Homes" from the fraudulent sale of real property located in the Southern District of California. |
| 3 (VILLALOBOS) | April 20, 2023 | A $561,463.25 interstate wire into a bank account in the name of "Victor H Villalobos Almazan DBA DIME Hollister Housing" from the fraudulent sale of real property located in the Southern District of California. |

All in violation of Title 18, United States Code, Section 1343.

## Count 4:

## Aggravated Identity Theft

9. Paragraphs 1 through 8 are realleged and fully incorporated by reference.

10. On or about April 3, 2023, within the Southern District of California and elsewhere, defendant VICTOR HUGO VILLALOBOS ALMAZAN did knowingly transfer, possess, and use, without lawful authority, a means of identification of another person, to wit: the forged signature of T.B., a notary public, during and in relation to the commission of a felony enumerated in Title 18, United States Code, Section 1028A(c), to wit: Wire Fraud and Conspiracy to Commit Wire Fraud.

All in violation of Title 18, United States Code, Section 1028A(a)(1).

## Count 5:

## Aggravated Identity Theft

11. Paragraphs 1 through 10 are realleged and fully incorporated by reference.

12. On or about March 12, 2023, within the Southern District of California and elsewhere, defendant NAYELI NOEMI MONTOYA RODRIGUEZ did knowingly transfer, possess, and use, without lawful authority, a means

4

of identification of another person, to wit: the forged signature of T.B., a notary public, during and in relation to the commission of a felony enumerated in Title 18, United States Code, Section 1028A(c), to wit: Wire Fraud and Conspiracy to Commit Wire Fraud.

All in violation of Title 18, United States Code, Section 1028A(a)(1).

## Count 6:

### Aggravated Identity Theft

13. Paragraphs 1 through 12 are realleged and fully incorporated by reference.

14. On or about March 23, 2023, within the Southern District of California and elsewhere, defendant NAYELI NOEMI MONTOYA RODRIGUEZ did knowingly transfer, possess, and use, without lawful authority, a means of identification of another person, to wit: a California Driver License purporting to be Mary Q. Cam with a forged signature, during and in relation to the commission of a felony enumerated in Title 18, United States Section 1028A(c), to wit: Wire Fraud and Conspiracy to Commit Wire Fraud.

All in violation of Title 18, United States Code, Section 1028A(a)(1).

## Count 7:

### Money Laundering Conspiracy

15. Paragraphs 1 through 14 are realleged and fully incorporated by reference.

16. Beginning on a date unknown to the grand jury and continuing through at least April 28, 2023, within the Southern District of California and elsewhere, defendants VICTOR HUGO VILLALOBOS ALMAZAN and NAYELI NOEMI MONTOYA RODRIGUEZ and others known and unknown to the grand jury did knowingly combine, conspire, and agree with each other to commit offenses in violation of Title 18, United States Code, Section 1956(h),

to wit: to knowingly conduct and attempt to conduct financial transactions affecting interstate commerce and foreign commerce, which transactions involved the proceeds of specified unlawful activity, that is, wire fraud in violation of Title 18, United States Code, Section 1343, and wire fraud conspiracy in violation of Title 18, United States Code, Section 1349, knowing that the transactions were designed in whole or in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of specified unlawful activity, and that while conducting and attempting to conduct such financial transactions, knew that the property involved in the financial transactions represented the proceeds of some form of unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i).

Manner and Means

17. In furtherance of the conspiracy, defendants VICTOR HUGO VILLALOBOS ALMAZAN and NAYELI NOEMI MONTOYA RODRIGUEZ used the following manner and means, among others:

   a. Defendants opened bank accounts at financial institutions in the United States under false pretenses and for the exclusive purpose to receive and launder proceeds from the fraudulent sale of real properties located in the Southern District of California.

   b. Defendants used those bank accounts at financial institutions to conduct international wire transfers and cash withdrawals of the illicit proceeds to conceal the nature, source, location, ownership and control of the illicit proceeds.

All in violation of Title 18, United States Code, Section 1956(h).

//

## Counts 8-15:

## Money Laundering

18. Paragraphs 1 through 17 are realleged and fully incorporated by reference.

19. On or about the dates listed below, within the Southern District of California, defendants VICTOR HUGO VILLALOBOS ALMAZAN and NAYELI NOEMI MONTOYA RODRIGUEZ, did knowingly engage and attempt to engage in a monetary transaction by through or to a financial institution, affecting interstate or foreign commerce, in criminally derived property of a value greater than $10,000, that is the transfer of funds as listed below, such property having been derived from a specified unlawful activity, that is, wire fraud in violation of Title 18, United States Code, Section 1343, and wire fraud conspiracy in violation of Title 18, United States Code, Section 1349.

| Count (Defendant) | Approximate Date | Transaction |
|---|---|---|
| 8 (VILLALOBOS) | April 25, 2023 | $95,788 international wire of funds from U.S. Bank Account #2030 to Banco Mercantil Del Norte Account #9590 |
| 9 (VILLALOBOS) | April 26, 2023 | $97,027 international wire of funds from U.S. Bank Account #2030 to Banco Mercantil Del Norte Account #5646 |
| 10 (VILLALOBOS) | April 27, 2023 | $89,927 international wire of funds from U.S. Bank Account #2030 to Banco Mercantil Del Norte Account #5646 |
| 11 (VILLALOBOS) | April 28, 2023 | $239,850 international wire of funds from U.S. Bank Account #2030 to Arab Bank PLC Account #9502 |
| 12 (MONTOYA) | April 13, 2023 | $93,740 international wire of funds from U.S. Bank Account #1552 to Banco Mercantil Del Norte Account #5646 |
| 13 (MONTOYA) | April 14, 2023 | $89,973 international wire of funds from U.S. Bank Account #1552 to BBVA Bancomer, S.A. Account #8236 |
| 14 (MONTOYA) | April 14, 2023 | $95,890 international wire of funds from U.S. Bank Account #1552 to Banco Mercantil Del Norte Account #9590 |

| Count (Defendant) | Approximate Date | Transaction |
|---|---|---|
| 15 (MONTOYA) | April 14, 2023 | $98,297 international wire of funds from U.S. Bank Account #1552 to Banco Mercantil Del Norte Account #5646 |

All in violation of Title 18, United States Code, Section 1957.

## FORFEITURE ALLEGATIONS

20. The allegations contained in Counts 1 through 3 and Counts 7 through 15 are realleged herein for purposes of seeking forfeiture pursuant to the provisions Title 18, United States Code, Sections 981(a)(1)(C), 982(a)(1), and 982(b) and Title 28, United States Code, Section 2461(c).

21. Upon conviction of one and more of the offenses alleged in Counts 1 through 3 of this Indictment and pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), defendants VICTOR HUGO VILLALOBOS ALMAZAN and NAYELI NOEMI MONTOYA RODRIGUEZ shall forfeit to the United States of America any and all property constituting and derived from proceeds obtained directly or indirectly as a result of said violations, including

    a. Approximately $87,357.65 in monies, funds, and credits on deposit in US Bank account x1552 seized on or about November 3, 2025.

22. Upon conviction of one and more of the offenses set forth in Counts 7 through 15 of this Indictment, defendants VICTOR HUGO VILLALOBOS ALMAZAN and NAYELI NOEMI MONTOYA RODRIGUEZ shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 982(a)(1), any property, real and personal, involved in such offense, and any property traceable to such property, including:

       a.    Approximately $87,357.65 in monies, funds, and credits on deposit in US Bank account x1552 seized on or about November 3, 2025.

23. If any of the property described above, as a result of any act or omission of the defendants:

       a.    cannot be located upon the exercise of due diligence;
       b.    has been transferred or sold to, or deposited with, a third party;
       c.    has been placed beyond the jurisdiction of the court;
       d.    has been substantially diminished in value; or
       e.    has been commingled with other property which cannot be divided without difficulty;

the United States of America will seek forfeiture of substitute property up to the value of the property described above, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c) and Title 18, United States Code, Section 982(b).

All pursuant to Title 18, United States Code, Sections 981(a)(1), 982(a)(1), 982(b) and Title 28, United States Code, Section 2461(c).

DATED: December 4, 2025.

A TRUE BILL:

[signature redacted]

ADAM GORDON
United States Attorney

By: /s/ [signature]
E. CHRISTOPHER BEELER
DAVID KETE
Assistant U.S. Attorneys